NUMBERS 13-05-660-CR AND 13-05-684-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG







THE STATE OF TEXAS
, Appellant,


v.



ELIJAH HUFF, Appellee.





On appeal from the 117th District Court


of Nueces County, Texas.





 

MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, THE STATE OF TEXAS, perfected appeals from orders entered by the
117th District Court of Nueces County, Texas, in cause numbers 04-CR-1314-B(S1)
and 04-CR-0721-G. Appellant has filed motions to dismiss the appeals. In its
motions, appellant requests that these appeals be dismissed.

 The Court, having considered the documents on file and appellant's motions to
dismiss the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted. Appellant's motions to dismiss the appeals are granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 10th day of August, 2006.